IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KATHLEEN M. PITZER,

            Plaintiff,

vs.

RINGGOLD AREA SCHOOL
DISTRICT and DWAYNE
HOMA, individually,

            Defendants.

No. 10-1564

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

        Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned case against the Defendant, Ringgold Area School District, with prejudice. The signatures of counsel of record for all parties are set forth below.

        Respectfully submitted,

By:   /s/ Joel S. Sansone
       Joel S. Sansone, Esquire
       Attorney for Plaintiff,
       Kathleen M. Pitzer
       Pa. I.D. No. 41008
       joelsansone03@msn.com
       412.281.9194

By: /s/ Susan T. Roberts
     Susan T. Roberts, Esquire
     Attorney for Defendants, Ringgold
     Area School District and Dwyane
     Homa
     Pa I.D. No. 66758
     sroberts@peacockkeller.com

By: /s/ Frank G. Adams
     Frank G. Adams, Esquire
     Attorney for Defendants, Ringgold
     Area School District and Dwyane
     Homa
     Pa I.D. No. 76996
     fadams@peacockkeller.com

## CERTIFICATE OF SERVICE

I, Joel S. Sansone, Esquire, hereby certify that on the ___10th___ day of ___June___, 2013, a copy of the within **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** has been sent via notice of electronic filing through the Court's Case Management/Electronic Case File System to the following:

>Susan T. Roberts, Esquire
>sroberts@peacockkeller.com
>Frank G. Adams, Esquire
>fadams@peacockkeller.com
>Peacock Keller & Ecker, LLP
>70 East Beau Street
>Washington, PA  15301

By:   /s/ Joel S. Sansone
       Joel S. Sansone, Esquire